1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   CLINT MICHAEL LIVERMORE,          )        1:06-cv-1447 WMW (HC)
                                        )
11          Petitioner,                 )
                                        )        ORDER GRANTING EXTENSION OF
12       v.                             )        TIME
                                        )
13   DERRICK OLLISON, Warden,           )        (DOCUMENT #13, 14)
                                        )
14          Respondent.                 )
     _____)
15

16
            Petitioner is a prisoner  proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On
17
     July 3, 2007 and July 20, 2007, respondent  filed  requests to extend time to reply to petitioner's
18
     opposition to the motion to dismiss.  Good cause having been presented to the Court and GOOD
19
     CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:
20
            Respondent is granted to and including August 6, 2007,  in which to reply to petitioner's
21
     opposition to the motion to dismiss.
22
     IT IS SO ORDERED.
23
     **Dated:    August 3, 2007    **               **/s/  William M. Wunderlich    **
24                                                  UNITED STATES MAGISTRATE JUDGE

25

26

27

28