# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT MICHEL LIVERMORE, | 1: 06 CV 01447 WMW HC |
| Petitioner, | ORDER GRANTING MOTION TO AMEND OPPOSITION TO MOTION TO DISMISS |
| v. | [Doc. 23] |
| L. WATSON, | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. Petitioner has filed a motion to amend his opposition to Respondent's motion to dismiss. Respondent has filed a notice of non-opposition. Good cause appearing, Petitioner's motion is HEREBY GRANTED. The Clerk of the Court is directed to file the proposed supplemental opposition lodged with the court on February 25, 2008.

IT IS SO ORDERED.

1  **Dated:** **February 29, 2008**          /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE