UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINT MICHEL LIVERMORE, | 1: 06 CV 01447 WMW HC |
| Petitioner, | ORDER DENYING REQUEST FOR EXTENDED PERIOD TO RESPOND TO AMENDED OPPOSITION |
| v. | Reply due March 27, 2008 |
| L. WATSON, | |
| Respondent. / | |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On February 26, 2008, Respondent filed a statement of non-opposition to Petitioner's motion for leave to file an amended opposition to Respondent's motion to dismiss.  It has come to the court's attention that within that statement of non-opposition, Respondent requests that the court grant him 45 days to respond to the amended opposition.  Respondent provides no basis for this request and the request is HEREBY DENIED.  Respondent is cautioned that in the future, any request for an extension of time must be filed as a separate motion.

    Pursuant to the court's scheduling order entered April 10, 2007, any reply to Petitioner's

1  amended opposition was due within 8 days, plus 3 days for mailing, from the date of filing of the
2  amended opposition, which was February 29, 2008.  Accordingly, any reply was originally due no
3  later than March 17, 2008.  In the interests of justice, the court will grant Respondent until March
4  27, 2008, to file his reply. No further extensions of time will be granted.

6  IT IS SO ORDERED.

7  **Dated:    March 14, 2008**                              **/s/  William M. Wunderlich**
                                                            UNITED STATES MAGISTRATE JUDGE